# Court of Appeals
# of the State of Georgia

ATLANTA,___August 11, 2014___

*The Court of Appeals hereby passes the following order:*

## A14E0037. ANISA, INC. v. CITY OF DALLAS, GEORGIA et al.

After the Municipal Court of the City of Dallas found that Anisa, Inc.'s property constituted a nuisance, Anisa appealed to the Superior Court of Paulding County. On July 9, 2014, the superior court likewise found that the property constituted a nuisance and ordered Anisa to demolish the buildings or bring them into compliance with all codes of the City of Dallas within 30 days from the court order. On August 8, 2014, Anisa filed this emergency motion seeking an extension of time in which to file an application for discretionary appeal from the superior court's order. Because Anisa's request for an extension is timely under Court of Appeals Rule 31 (g), it is hereby GRANTED. Anisa shall be given an extension of thirty (30) days in which to file its application for discretionary appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___08/11/2014___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*